# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ADAMS HOUSING, LLC | * |
| v. | * Civil No. – JFM-15-1011 |
| THE CITY OF SALISBURY, MARYLAND | * |

## MEMORANDUM

This case was remanded by the Fourth Circuit on the procedural ground that I granted summary judgment in favor of Adams Housing, the non-moving party. Discovery has now been completed, and defendant has moved for summary judgment. The motion will be granted.

Defendant first argues that the case is moot because it does not apply to any on-going conduct. I cannot agree. Plaintiff was required, in the face of the imposition of a civil penalty, not to renew its lease to the two brothers and a friend, which, according to defendant, was in violation of the zoning ordinance in question. Moreover, plaintiff is prohibited from extending a lease to two related and one unrelated person under defendant's interpretation of the ordinance. Therefore, I find that the case is not moot.

I nevertheless grant defendant's motion for summary judgment. I am persuaded that I erred in listing "related persons" and "unrelated persons" in reaching the conclusion that I did. This interpretation of the ordinance ran afoul of the structure of the sections which provided that "tenants must fall within one of the following groups" listed in the ordinance.

A separate order granting defendant's motion for summary judgment is being entered herewith.

Date: August 8, 2017

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge